# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DEAN BOYD**      **PLAINTIFF**

v.      No. 4:23CV56-GHD-DAS

**ALLEGIANCE SPECIALTY HOSPITAL**
**OF GREENVILLE, ET AL.**      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day:

(1) The motion by the defendants for summary judgment is **GRANTED**;

(2) The instant case is **DISMISSED** as frivolous under the doctrines of *res judicata* and collateral estoppel; and

(3) In light of this ruling, the plaintiff's motions [6], [9] for a jury trial are **DISMISSED** as moot.

**SO ORDERED**, this, the 18th day of July, 2023.

_____
SENIOR UNITED STATES DISTRICT JUDGE